[No. 74918-8-I.   Division One.   April 17, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN SCOTT SPAULDING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-03057-1, Samuel Chung, J., entered March 17, 2016. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 75010-1-I.   Division One.   April 17, 2017.]

ANDREW JAMES CLAYTON, *Respondent*, v. DOUGLAS MECKLEM WILSON, *Defendant*, MARY KAY WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-14443-4, Laura C. Inveen, J., entered March 16, 2016. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Schindler and Mann, JJ.

[Nos. 75065-8-I; 75066-6-I;   Division One.   April 17, 2017.]
      75067-4-I; 75068-2-I;
      75069-1-I.

*In the Matter of the Dependency of* D.A.S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. LEONA LEE, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 15-7-01727-4, 15-7-01726-6, 15-7-01725-8, 15--7-01723-1, and 15-7-01722-3, Helen Halpert, J., entered March 25, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.